IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | |
|---|---|
| ROBERT M. STRUMOR,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL NO:  15-cv-1031 KBM/SCY |
| UNITED STATES OF AMERICA,<br><br>    Counterclaim Plaintiff<br><br>    v.<br>ROBERT M. STRUMOR,<br><br>    Counterclaim Defendant, | |

## AGREED FINAL JUDGMENT

Plaintiff /Counter-Defendant Robert M. Strumor and Defendant/Counter-plaintiff United States of America, announce to the Court that they have resolved this lawsuit between them and request the entry of this Agreed Final Judgment.  Therefore,

IT IS ORDERED that Defendant Robert M. Strumor is indebted to the United States for his assessed Form 1040 Individual Income Taxes for 2005-2009 and 2013 (the "Tax Liabilities") in the amount of **$246,186.25**, plus interest, penalties, and statutory additions accruing after December 21, 2015, on this tax until paid, as follows:

| Tax Year | Balance of Assessed Tax, Interest & Penalty Due through December 21, 2015 |
|---|---|
| 2005 | $68,563.91 |
| 2006 | $60,950.66 |
| 2007 | $39,761.89 |
| 2008 | $59,258.92 |
| 2009 | $8,237.18 |
| 2013 | $9,413.69 |

IT IS FURTHER ORDERED that Plaintiff's claim for application of an overpayment in the amount of $13,491 from his 2014 federal income towards his 2015 estimated tax payments is denied, as that refund amount has already been credited by the IRS towards Plaintiff's 2005 tax liability.

IT IS FURTHER ORDERED that the parties will bear their own costs of this litigation, including attorney's fees.

IT IS FURTHER ORDERED that the Court may enter further orders as necessary to implement this judgment.

However, pursuant to the terms of a settlement agreement, the United States will not take collection action against Robert M. Strumor for the Tax Liabilities, so long as Robert M. Strumor complies with the terms of the settlement agreement.

SIGNED this 2nd day of March, 2016.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE

**AGREED AS TO FORM, SUBSTANCE AND ENTRY:**

/s/ Ignacio Perez de la Cruz
IGNACIO PEREZ DE LACRUZ
ATTORNEY FOR THE UNITED STATES
(INTERNAL REVENUE SERVICE)

/s/ Clinton Marrs
CLINTON MARRS
ATTORNEY FOR ROBERT M. STRUMOR